AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

FILED ENTERED RECEIVED SERVED ON COUNSEL/PARTIES OF RECORD
MAY -5 2017
CLERK US DISTRICT COURT DISTRICT OF NEVADA
DEPUTY

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:17-mj-580-GWF |
| ) | |
| DANNA EVETTE NELSON ) | Charging District: District of Oregon - Portland Div. |
| ) | Charging District's Case No. 3:17-cr-00066-HZ-08 |
| *Defendant* ) | |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Mark O. Hatfield - United States Courthouse<br>1000 Southwest Third Avenue, Room 740<br>Portland, OR 97204-2802<br>Honorable Magistrate Judge Youlee Yim You | Courtroom: | 12B |
|---|---|---|---|
| | | Date/Time: | Thursday, May 25, 2017 at 1:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: May 5, 2017

*Judge's signature*

GEORGE FOLEY, JR. U.S. Magistrate Judge
*Printed name and title*